**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**Robert Best an individual, on**
**Behalf of himself and others**
**Similarly situated**,

CASE NO.

Plaintiff,

vs.

**DPS East Coast, LLC and**
**Danial A. McHenry,**

Defendant.

_____/

## NOTICE OF FILING OPT IN FOR JOHN SMITH

 **COMES NOW, JOHN SMITH,** by and through the undersigned counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in the above-referenced matter on this date, March 7th, 2022.

Respectfully submitted by,

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Law Offices of Talbott & Lampert, P.A.
900 East Moreno Street
Pensacola, Fla. 32503
(850) 437-9600
(850) 437-0906 (facsimile)
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the Defendants' via process server on this day, March 7th, 2022

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT, ESQ.

# CONSENT TO BECOME PARTY PLAINTIFF IN THE COLLECTIVE ACTION FOR UNPAID WAGES AGAINST DPS EAST COAST, LLC., et al

**Complete and Mail to:**
ATTN: DPS EAST COAST, LLC
Law Office of Talbott & Lampert, P.A.
900 E. Moreno Street
Pensacola, Fla. 32503

OR:
**FAX to: (850) 437-0906**
OR:
**EMAIL to:**
**civil@talbottlawfirm.com**

By signing below, I state that I have been employed by **DPS EAST COAST, LLC,** as a contract employee, processing chicken or related position, within the past three (3) years, and was not properly paid overtime premium pay for hours that I worked over 40 hours in a work week. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act (FLSA).

I hereby designate the Law Office of Talbott & Lampert, P.A. to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____     _____

_____     _____
John Smith (Mar 1, 2022 13:53 EST)        03/01/2022
SIGNATURE                                             DATE

John Smith
_____     _____
PRINT                                                   EMAIL

_____
ADDRESS

_____
CITY, STATE, ZIP

**\*Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.\***