# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ROBERT BEST, an individual,
on behalf of himself and others
similarly situated,

      Plaintiff,

v.                                                                          Case No.: 3:22-CV-246-BJD-MCR

DPS EAST COAST, LLC and
DANIAL A. McHENRY

      Defendants.
_____/

## NOTICE OF FILING PLAINTIFF'S VERIFIED ANSWERS TO COURT'S INTERROGATORIES

Pursuant to the Court's FLSA Case Management and Scheduling Order [Doc. 8], Robert Best files the attached answer to Court's Interrogatories.

Respectfully submitted:

/s/ Jeremiah J. Talbott
Jeremiah J. Talbott, Esq.
Florida Bar No. 154784
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, FL 32503
(850) 437-9600 / (850) 437-0906 (facsimile)
jj@talbottlawfirm.com
civil@talbottlawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion was furnished via CM/ECF to all counsel or parties of record on the Service List below on this 12th day of August, 2022.

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT, ESQ.

## SERVICE LIST

Jacqueline A. Van Laningham, Esq.
Abel Bean Law, P.A.
100 N. Laura Street, Ste 501
Jacksonville, FL 322202
(904) 944-4100
jvanlaningham@abelbeanlaw.com
*Attorney for Defendants*