# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ROBERT BEST, an individual,
on behalf of himself and others
similarly situated,

    Plaintiff,

v.                                                           Case No.: 3:22-CV-246-BJD-MCR

DPS EAST COAST, LLC and
DANIAL A. McHENRY

    Defendants.
_____/

## NOTICE OF COMPLIANCE

The undersigned attorney hereby gives notice that he has complied with this Court's directed dated February 27, 2023, Order (Doc. 35). That is, the undersigned attorney has attempted and/or conferred with all parties and offers the following mutual dates for this Court's telephonic hearing:

    March 2, 2023, at 2:00 p.m. EST;

    March 7, 2023, before 3:00 p.m. EST; and

    March 21, 2023, after 1:00 p.m.

DATED: February 28, 2023

          Respectfully Submitted,

          /s/ JEREMIAH J. TALBOTT
          JEREMIAH J. TALBOTT, Esq.
          Law Office of J.J. Talbott
          900 East Moreno Street
          Pensacola, Florida 32503
          (850) 437-9600 · (850) 437-0906
          civilfilings@talbottlawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion was furnished via CM/ECF to all counsel or parties of record on the Service List below on this 28th day of February 2023.

          /s/ Jeremiah J. Talbott
          JEREMIAH J. TALBOTT, ESQ.

## SERVICE LIST

Jacqueline A. Van Laningham, Esq.
Abel Bean Law, P.A.
100 N. Laura Street, Ste 501
Jacksonville, FL 322202
(904) 944-4100
jvanlaningham@abelbeanlaw.com
*Attorney for Defendants*