UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT BEST, an individual
on behalf of himself and others
similarly situated,

      Plaintiff,

v.                          Case No.: 3:22-cv-246-BJD-MCR

DANIEL A. McHENRY and
DPS EAST COAST, LLC,

      Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 40; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on March 29, 2023. In the Report, the Magistrate Judge recommends that Plaintiff's case be dismissed without prejudice for failure to prosecute and to comply with the Court's Orders. (Report at 4). No party filed an objection to the Report and the time to do so has passed. Accordingly, the matter is ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district judge is not required

to conduct a *de novo* review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). Further, if no objections to a magistrate judge's report and recommendation are filed, the district court reviews legal conclusions only for plain error and only if necessary in the interests of justice. Shepherd v. Wilson, 663 F. App'x 813, 816 (11th Cir. 2016); see also Mitchell v. United States, 612 F. App'x 542, 545 (11th Cir. 2015) (noting that under 11th Circuit Rule 3-1, the appellant would have waived his ability to object to the district court's final order on a report and recommendation where appellant failed to object to that report and recommendation). "Under plain error review, we can correct an error only when (1) an error has occurred, (2) the error was plain, (3) the error affected substantial rights, and (4) the error seriously affects the fairness, integrity or public reputation of judicial proceedings." Symonette v. V.A. Leasing Corp., 648 F. App'x 787, 790 (11th Cir. 2016) (citing Farley v. Nationwide Mut. Ins. Co., 197 F.3d 1322, 1329 (11th Cir. 1999)). Upon independent review of the entire record, the undersigned finds no plain error in the Report.

Accordingly, it is hereby

**ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 40) is **ADOPTED** as the opinion of this Court.

2.    This case is **DISMSSED without prejudice**.

3.    The Clerk of the Court is **DIRECTED** to terminate all pending motions and to close this case.

**DONE AND ORDERED** in Jacksonville, Florida, this 8th day of May, 2023.

BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Honorable Monte C. Richardson
United States Magistrate Judge

Robert Best
152 Bent Street
Camden, TN  38320
 Robertbest84@outlook.com
  *Pro se Plaintiff*


*ap*